# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JESSE O'NEAL,** | ] |
| **Plaintiff,** | ] |
| v. | ] 2:21-cv-1130-KOB |
| **UNITED RENTALS, INC., et al.,** | ] |
| **Defendants.** | ] |

## ORDER

This matter is before the court on the Plaintiff and Defendant United Rentals, Inc.'s "*Pro Tanto* Stipulation of Dismissal." (Doc. 42). The court DISMISSES WITH PREJUDICE all claims of the Plaintiff against Defendant United Rentals, Inc., each party to bear his or its own costs. The court DISMISSES Defendant United Rentals, Inc. as a party defendant in this action.

The case will proceed with the Plaintiff's claims against the remaining Defendants.

DONE and ORDERED this 27th day of July, 2022.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE