IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE O'NEAL, | ] |
| Plaintiff, | ] |
| v. | ] 2:21-cv-1130-KOB |
| UNITED RENTALS, INC., et al., | ] |
| Defendants. | ] |

## FINAL ORDER OF DISMISSAL

This matter comes before the court on Plaintiff's "Motion to Dismiss." (Doc. 45). The court GRANTS the motion and DISMISSES this action WITH PREJUDICE, with each party to bear his, her, or its own costs.

Considering this dismissal, Plaintiff's obligation to respond to the court's Order to Show Cause (doc. 44) is MOOT.

DONE and ORDERED this 5th day of August, 2022.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE